```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0167--CV (JKS)
              "MARGARET MANSELL ET AL V CHILKOOT CHARTERS"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 07/14/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (340) Marine
                   JONES ACT
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 07/14/05 receipt # 00126148
         Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | MANSELL, MARGARET | Karl Eric Dickman<br>4705 16th Avenue NE<br>Seattle, WA 98105-4208<br>206-527-8008<br>FAX 206-527-0725 |
| PLF 2.1 | MANSELL, BOYD NICHOLS | Karl Eric Dickman<br>(see above) |
| DEF 1.1 | CHILKOOT CHARTERS & TOURS | Thomas G. Waller<br>Bauer Moynihan et al<br>2101 4th Avenue, 24th Floor<br>Seattle, WA 98121<br>206-443-3400<br>FAX 206-448-9076 |
| DEF 2.1 | 34 FOOT CHARTER VESSEL | No counsel found for this party! |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0167--CV (JKS)
                              "MARGARET MANSELL ET AL V CHILKOOT CHARTERS"

                                       For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 07/14/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (340) Marine
                    JONES ACT
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 07/14/05 receipt # 00126148
          Trial by:


Document #   Filed     Docket text

   1 -   1   07/14/05  Complaint filed; Summons issued.

   2 -   1   08/08/05  PLF 1-2 Waiver of Service re: DEF 1.

   3 -   1   10/06/05  DEF 1 Attorney Appearance of T. Waller.

   4 -   1   10/07/05  DEF 1 Answer to Complaint.

   5 -   1   10/11/05  JKS Minute Order re plf to file proof of service re D2. cc: cnsl

   6 -   1   10/11/05  JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/in 28 days from svc of this ord. cc: cnsl

   7 -   1   11/01/05  JKS Minute Order (warning) plf to file proof of service re D2 w.in 120
                       days from flg of complaint or def def will be dismissed. cc: cnsl

   8 -   1   11/03/05  PLF 1-2; DEF 1 Stipulation to correct plf Nickels Mansell's name to Boyd
                       Nichols Mansell.

   9 -   1   11/10/05  JWS Order granting stipulation to correct plf Nickels Mansell's name to
                       Boyd Nichols Mansell (8-1). cc: cnsl

  10 -   1   11/14/05  PLF 1-2 Response to Order re: failure to serve.

  10 -   2   11/14/05  PLF 1-2 motion for an additional 120 days to serve vessel.

  11 -   1   11/18/05  JWS Order granting motion for an additional 120 days to serve vessel
                       (10-2).  cc: cnsl
```