**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

MARGARET MANSELL, et al.   v.   CHILKOOT CHARTERS & TOURS, et al.

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                    CASE NO.  3:05-CV-00167-JKS

 Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: January 17, 2006

**XX**    A Rule 16(b) minute order requiring a status report was
        issued in this case, and no timely report was filed.

    **XX**    File Rule 16(b) status report within 15 days from
            the date of this minute order.

    __    Show cause within 15 days from the date of this
            minute order why this case should not be dismissed
            for repeated failure to comply with a Rule 16(b)
            minute order.

    __    This case is dismissed for repeated failure to
            comply with a Rule 16(b) minute order and follow-
            up minute order(s).

__    A status report has been filed in response to the court's
        call for a status report which fails to comply with the
        court's Rule 16(b) minute order.  The deficiencies are noted
        below.  A complete report, complying in all respects with
        the Rule 16(b) minute order, shall be filed within 15 days
        of this minute order.  Deficiencies:

[]{IIA2.WPD*Rev.12/96}