1. John E. Casperson
2. Alaska Bar No. 7910076
   HOLMES, WEDDLE & BARCOTT, P.C.
3. 999 Third Avenue, Suite 2600
   Seattle, WA  98121
4. (206) 292-8008
   jcasperson@hwb-law.com
5.
6. Attorneys for Defendant
7.
8. UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF ALASKA AT ANCHORAGE
9.

| | |
|---|---|
| MARGARET MANSELL, and NICKELS MANSELL, husband and wife and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>CHILKOOT CHARTERS & TOURS, an Alaska partnership; and the 34 foot charter vessel,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. 05-167CV (TMB)<br><br>NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION |

Pursuant to D. AK L.R. 16.2(e)(3), notice is hereby given that on January 23, 2006, the parties participated in a mediation. This matter is now resolved. The parties will exchange settlement documents and submit a stipulation for dismissal within 45 days.

DATED this 27 day of January, 2005.

//

//

NOTICE OF OCCURRENCE OF
ALTERNATIVE DISPUTE RESOLUTION
Case No. 05-167CV (JKS) - 1

```
 1.
 2.                                          INJURY AT SEA
 3.
                                             _____
 4.                                          Eric Dickman ASBA # 9406019  *authorized to sign for*
                                             Attorney for Plaintiffs
 5.
 6.
                                             BAUER, MOYNIHAN & JOHNSON, LLP
 7.
                                             _____
 8.                                          Thomas G. Waller, Alaska Bar # 0109052  *authorized to sign for*
                                             Attorney for Defendants
 9.
10.
11.
                                             _____
12.                                          John E. Casperson, ASBA # 7910076
                                             Mediator
13.
```

14. **CERTIFICATE OF SERVICE**

15. The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the

16. 30th day of January, 2006, the foregoing was electronically filed with the Clerk

17. of Court using the CM/ECF system, which will send notification of such filing to the following:

18.

**Eric Dickman, Esq.**
19. - eric@maritimeinjury.com

20.
**James Moynihan, Esq.**
21. - jpmoynihan@bmjlaw.com

22.
_____
23. Alegria S. Benton

24.

25.

26. NOTICE OF OCCURRENCE OF
ALTERNATIVE DISPUTE RESOLUTION
Case No. 05-167CV (JKS) - 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008