Thomas G. Waller
Alaska Bar No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
(206) 443-3400

Attorneys for Defendant

RECEIVED
FEB 2 4 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARGARET MANSELL, and NICKELS MANSELL, husband and wife and their marital community<br><br>Plaintiffs,<br><br>v.<br><br>CHILKOOT CHARTERS & TOURS, an Alaska partnership; and the 34 foot charter vessel *in personam*<br><br>Defendant. | IN ADMIRALTY<br><br>CASE NO. 05-167CV TMB<br><br>STIPULATION AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED by and between plaintiff Margaret Mansell and defendant Chilkoot Charters & Tours., through their undersigned counsel of record, that plaintiff's claim against defendant Chilkoot Charters & Tours has been fully settled and compromised and should be dismissed with prejudice and without costs to any party.

/////

/////

/////

/////

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

STIPULATION AND ORDER
OF DISMISSAL
Mansell / Chilkoot Charters; No. 05-167CV
- 1 of 3 -

1  I declare under penalty of perjury that on January 6th, 2006, I caused to be served in the manner indicated below a true and accurate copy of the foregoing document upon the
2  following:

3  Eric Dickman                    [X] By Mail
   Injury at Sea                   [ ] By Hand Delivery
   4705 – 16th Avenue N.E.
4  Seattle, Washington 98105-      [ ] By Facsimile
   4208                            [ ] By Air Courier
5  Ph: 206-527-8008                [ ] By E-Mail
   Fax: 206-527-0725
6  E: eric@maritimeinjury.com

7
   BAUER MOYNIHAN & JOHNSON LLP
8

9  *[signature: Monique Lef...]*

10 By: Monique Lefebvre

11

12

13

14

15

16

17

18

19

20
ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076
21

22

23

24

25

26

STIPULATION AND ORDER
OF DISMISSAL
Mansell / Chilkoot Charters; No. 05-167CV
- 3 of 3 -

| | |
|---|---|
| DATED this ___6___ day of February 2006. | DATED this ___8___ day of February, 2006. |
| BAUER MOYNIHAN & JOHNSON LLP | INJURY AT SEA |
| /s/ TGWall | /s/ Eric Dickman |
| Thomas G. Waller, Alaska Bar No. 0109052<br>Attorneys for Defendant Chilkoot Charters & Tours | Eric Dickman, Alaska Bar No. 9406019<br>Attorneys for Plaintiff Margaret Mansell |

**ORDER**

It is so ORDERED.

DATED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

BAUER MOYNIHAN & JOHNSON LLP

/s/ TGWall

Thomas G. Waller, Alaska Bar No. 0109052
Attorneys for Defendant Chilkoot Charters & Tours

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

STIPULATION AND ORDER
OF DISMISSAL
Mansell / Chilkoot Charters; No. 05-167CV
- 2 of 3 -