Thomas G. Waller
Alaska Bar No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
(206) 443-3400

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARGARET MANSELL, and NICKELS MANSELL, husband and wife and their marital community<br><br>Plaintiffs,<br><br>v.<br><br>CHILKOOT CHARTERS & TOURS, an Alaska partnership; and the 34 foot charter vessel *in personam*,<br><br>Defendant. | IN ADMIRALTY<br><br>CASE NO. 05-167CV<br><br>NOTICE REGARDING STIPULATION AND ORDER OF DISMISSAL |

PLEASE TAKE NOTICE of the Stipulation and Order of Dismissal by and between plaintiffs Margarett Mansell and Nickels Mansell and defendants Chilkoot Charters & Tours, and the 34 foot charter vessel, by and through their counsel of record, that plaintiffs' claims against defendants Chilkoot Chaters & Tours and the 34 foot charter vessel have been fully compromised and should be dismissed with prejudice and without cost to any party.

////////

////////

////////

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

NOTICE REGARDING
STIPULATION AND ORDER
OF DISMISSAL
Mansell / Chilkoot Charters; No. 05-167CV
- 1 of 3 -

DATED 14th day of March, 2006.

BAUER MOYNIHAN & JOHNSON LLP

s/ Thomas G. Waller
Thomas G. Waller, Alaska Bar No. 0109052
Attorneys for Defendant

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the state of Alaska that on March 14, 2006 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Eric Dickman
Injury at Sea
4705 – 16th Avenue N.E.
Seattle, Washington 98105-4208
Ph: 206-527-8008
Fax: 206-527-0725
E: eric@maritimeinjury.com

s/Monique Lefebvre
for Thomas G. Waller Alaska Bar No. 0109052
Attorney for Defendant
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
Telephone: (206) 443-3400
Fax: (206) 448-9076
E-mail: mplefebvre@bmjlaw.com

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

NOTICE REGARDING
STIPULATION AND ORDER
OF DISMISSAL
Mansell / Chilkoot Charters; No. 05-167CV
- 3 of 3 -