Thomas G. Waller
Alaska Bar No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
(206) 443-3400

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARGARET MANSELL, and NICKELS MANSELL, husband and wife and their marital community<br><br>Plaintiffs,<br><br>v.<br><br>CHILKOOT CHARTERS & TOURS, an Alaska partnership; and the 34 foot charter vessel *in personam*<br><br>Defendant. | IN ADMIRALTY<br><br>CASE NO. 05-167CV<br><br>PROPOSED ORDER FOR STIPULATION AND ORDER OF DISMISSAL |

THIS MATTER comes before the Court in connection with the stipulation between plaintiffs Margarett Mansell, and Nickels Mansell and defendants Chilkoot Charters & Tours, and the 34 foot charter vessel. Based on said stipulation, it is

HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice and without cost to any party.

DATED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

ORDER FOR
STIPULATION AND ORDER OF DISMISSAL
Mansell / Chilkoot Charters; No. 05-167CV
- 1 of 1 -