# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF ALASKA

| | |
|---|---|
| MARGARET MANSELL, and NICKELS MANSELL, husband and wife and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>CHILKOOT CHARTER & TOURS, an Alaska partnership; and the 34 foot charter vessel *in personam*,<br><br>Defendants. | IN ADMIRALTY<br><br>CASE NO. 3:05-cv-167 TMB<br><br>ORDER |

THIS MATTER comes before the Court in connection with the stipulation between plaintiffs Margaret Mansell, and Nickels Mansell and defendants Chilkoot Charter & Tours, and the 34 foot charter vessel. Based on said stipulation, it is HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice and without cost to any party.

Dated this 15th day of March, 2006.

                                              /s/ Timothy Burgess
                                              Timothy M. Burgess
                                              U.S. District court Judge